DIEPENBROCK & COTTER, LLP
ANTHONY C. DIEPENBROCK, SBN 038333
GRACE L. PAK, SBN 263733
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
LOUIS UHL and JIM UHL, dba SHERWOOD HARBOR & R.V. PARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY,<br><br>       Plaintiffs,<br><br>vs.<br><br>LOUIS UHL and JIM UHL dba SHERWOOD HARBOR & R.V. PARK, FENOCCHIO REVOCABLE TRUST and DOES ONE through FIFTY, inclusive,<br><br>       Defendants. | CASE NO.  2:10-cv-1341-MCE-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS LOUIS UHL and JIM UHL dba SHERWOOD HARBOR & R.V. PARK TO FILE RESPONSIVE PLEADING AND ORDER THEREON** |

   Plaintiff Robert Attebery ("Plaintiff") and Defendants Louis Uhl and Jim Uhl dba Sherwood Harbor & R.V. Park (collectively, "Defendants") stipulate and agree that Defendants have an extension of time up to and including November 15, 2010 to file a responsive pleading in this matter.

   Said stipulation is based on the fact that counsel for the Defendants, Anthony C. Diepenbrock is out of the country until November 1, 2010.  An Unavailability of Counsel is being filed concurrently with this Stipulation.  Defendants have therefore requested an extension of time to file a responsive pleading in this matter.  Plaintiff has agreed to this request and as

1  such, enters into this Stipulation.

2      The parties further agree that a facsimile signature on this document will have the same

3  force and effect as an original.

4  DATED: October 18, 2010    LAW OFFICES OF JEFFERY A. BRIGGS

5      */s/ Jeffery A. Briggs*

    By: _____

6      JEFFERY A. BRIGGS
    State Bar No. 211227
7      Attorney for ROBERT ATTEBERY

9  DATED: October 18, 2010    DIEPENBROCK & COTTER, LLP

10      */s/ Grace L. Pak*

11      By: _____
    ANTHONY C. DIEPENBROCK
12      State Bar No. 038333
    GRACE L. PAK
13      State Bar No. 263733
    Attorneys for LOUIS UHL and JIM UHL dba
14      SHERWOOD HARBOR & R.V. PARK

16      The foregoing is hereby ordered.

18  DATED: October 21, 2010

19  _____
    MORRISON C. ENGLAND, JR
20      UNITED STATES DISTRICT JUDGE

H:\Marine Claims\Attebery v. Uhl\Stipulation for Extension of Time to File Responsive Pleading.doc