IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ATTEBERY,

        Plaintiff,                              No. CIV S-10-1341 MCE DAD

    vs.

LOUIS UHL and JIM UHL dba
SHERWOOD HARBOR & R.V. PARK,
FENOCCHIO REVOCABLE TRUST, and
DOES ONE through FIFTY, inclusive,

        Defendants.                       <u>ORDER TO SHOW CAUSE</u>

_____/

        This matter was before the undersigned on November 17, 2011, at 10:00 a.m. for a settlement conference. Anthony Diepenbrock, Esq., appeared on behalf of the defendants. In violation of the district judge's scheduling order, plaintiff's counsel, Jeffery Briggs, Esq., failed to appear and no appearance was made on behalf of plaintiff. Additionally, the parties were ordered to submit settlement statements not later than September 15, 2011, and to appear at the conference with "a principal capable of disposition or to be fully authorized to settle the matter on any terms . . . ." Pretrial Scheduling Order, Dckt. No. 13, at 10. Pursuant to that order, counsel for defendants submitted a settlement statement on November 10, 2011, and filed a notice of submission of that statement which was served electronically on plaintiff's counsel.

However, in violation of the Pretrial Scheduling Order, plaintiff's counsel failed to submit a settlement statement. On November 16, 2011, the court's judicial assistant attempted to inquire as to the missing settlement statement by phoning plaintiff's counsel at the telephone number listed on the front of the complaint but received a recorded message stating that "the person you are trying to reach in not accepting calls at this time." In violation of Local Rule 182(f), plaintiff's counsel has not filed notice of a change of telephone number or otherwise kept the court informed of how to reach him. Plaintiff's counsel, Mr. Briggs, is in violation of the court's scheduling order and the local and federal rules.

Accordingly, Jeffery Briggs is hereby ordered to show cause in writing no later than November 28, 2011, why he should not be sanctioned for violation of the Pretrial Scheduling Order, and for violation of Rule 16(f)(1)(A) and (C) of the Federal Rules of Civil Procedure and Local Rules 110 & 182(f). Mr. Briggs shall state in his filing whether he requests a hearing on the matter.

Additionally, defendants' counsel shall submit to the court by close of business Monday, November 21, 2011, a declaration stating his hourly billing rate and the number of hours expended on behalf of defendants preparing for and attending the settlement conference which Mr. Briggs failed to attend. If Mr. Briggs fails to establish good cause for the violations noted above, he will be ordered to personally reimburse defendants' counsel for the fees expended.

DATED: November 17, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE