IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ATTEBERY,

        Plaintiff,                                    No. CIV S-10-1341 MCE DAD

    vs.

LOUIS UHL and JIM UHL dba
SHERWOOD HARBOR & R.V. PARK;
FENOCCHIO REVOCABLE TRUST; and
DOES ONE through FIFTY, inclusive,

        Defendants.                                 <u>ORDER</u>

_____/

        This matter was before the undersigned on November 17, 2011 for a settlement conference. Attorney Anthony Diepenbrock appeared at the settlement conference on behalf of the defendants. However, in violation of the district judge's scheduling order, Dckt. No. 13, plaintiff's counsel, Jeffery Briggs, failed to appear at the settlement conference. Mr. Briggs also failed to submit a settlement statement as ordered, and has failed to keep the court apprised of his correct contact information, in violation of Local Rule 182(f).

        Therefore, on November 17, 2011, the undersigned ordered Jeffery Briggs to show cause, no later than November 28, 2011, why he should not be sanctioned for violation of the district judge's scheduling order and for violation of Federal Rules of Civil Procedure 16(f)(1)(A) and

(C) and Local Rules 110 and 182(f).  Dckt. No. 18.  The order to show cause also directed Mr. Briggs to state in his response to the order to show cause whether he requested a hearing on the matter.  The undersigned admonished Mr. Briggs that if he failed to establish good cause for his numerous violations, he would be ordered to personally reimburse defendants' counsel for the fees expended preparing for and attending the settlement conference.  Defendants' counsel filed a declaration on November 17, 2011 indicating that the fees and costs incurred preparing for and attending the settlement conference total $583.50.

The docket reveals that Mr. Briggs failed to respond to the order to show cause.  Accordingly, for the reasons set forth in the November 17, 2011 order to show cause, IT IS HEREBY ORDERED that Mr. Briggs shall, no later than thirty days from the filing date of this order, reimburse defendants' counsel for the fees and costs incurred preparing for and attending the settlement conference, in the total amount of $583.50.  Within fourteen days thereafter, Mr. Briggs shall file with the Clerk an affidavit stating that he paid the sum out of his personal funds, and will not bill his client or make it the responsibility of his client as attorney's fees or costs.

SO ORDERED.

DATED:  January 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE